## ISAAC WILSON

### *v.*

## JAMES McDOWELL.

BILL OF EXCEPTIONS—*its requisites.* Where the bill of exceptions does not purport to contain all the evidence, the appellate court will not review the finding below on the facts.

APPEAL from the Circuit Court of Livingston county; the Hon CHARLES H. WOOD, Judge, presiding.

Messrs. PAYSON & PERRY, for the appellant.

Messrs. FLEMING, PILLSBURY & PLUMB, for the appellee.

Per CURIAM: This case was tried by the court without a jury. The bill of exceptions does not purport to contain all the evidence. We can not, therefore, review the finding.

*Judgment affirmed.*